UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LANCE W. PRINE | CIVIL ACTION |
| VERSUS | NO. 18-10714 |
| LGS LOGISTICS, LLC, *et al.* | SECTION M (5) |

**ORDER & REASONS**

Before the Court is a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure filed by defendants Gary Smith, Glen Smith, and Mid-Gulf Recovery Services, LLC (collectively "Defendants"),[1] to which plaintiff Lance W. Prine ("Prine") responds in opposition.[2] Prior to filing his memorandum in opposition, Prine filed an amended, restated, and superseding complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.[3] "An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). "[M]any district courts … routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint." *Jefferson Cmty. Health Care Ctrs., Inc. v. Jefferson Par. Gov't*, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016) (collecting cases).

Accordingly, IT IS ORDERED that Defendants' motion to dismiss is DENIED as moot, without prejudice to their filing a new motion to dismiss directed at Prine's amended, restated, and superseding complaint.

---

[1] R. Doc. 4.
[2] R. Doc. 8.
[3] R. Doc. 7.

New Orleans, Louisiana, this 8th day of February, 2019.

                                                   _____
                                                   BARRY W. ASHE
                                                 UNITED STATES DISTRICT JUDGE